

Kristine J. Feher (KF 6068)
PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendant
AT&T Corp.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KRISTINE ROSALES, | : | Honorable Shira Scheindlin |
| | | Civil Action No. 05 cv 2492 |
| Plaintiff, | : | |
| v. | : | **STIPULATION AND ORDER** |
| | | **EXTENDING TIME TO ANSWER** |
| | : | **OR OTHERWISE RESPOND** |
| AT&T CORPORATION, and LINDA | | **TO COMPLAINT** |
| FOLIGNO, | : | |
| Defendants. | : | |

It is hereby agreed by and between the parties that the time for defendant AT&T Corp. to answer, move, or otherwise respond to the Complaint shall be extended from March 30, 2005 through and including April 29, 2005. Service of process was

effected on March 9, 2005. No extensions of time have been obtained prior to this one.

LEEDS MORELLI & BROWN, P.C.
Attorneys for Plaintiff
KRISTINE ROSALES

By: _____
RICK OSTROVE
For the Firm

PITNEY HARDIN LLP
Attorneys for Defendant
AT&T CORP.

By: _____
KRISTINE J. FEHER
For the Firm

SO ORDERED this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

2

Scheindlin, J.

Kristine J. Feher (KF 6068)

PITNEY HARDIN LLP

(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendant
AT&T Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KRISTINE ROSALES, | : | Honorable Shira Scheindlin<br>Civil Action No. 05 cv 2492 |
| Plaintiff, | : | |
| v. | : | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| | : | |
| AT&T CORPORATION, and LINDA FOLIGNO, | : | |
| Defendants. | : | |

It is hereby agreed by and between the parties that the time for defendant AT&T Corp. to answer, move, or otherwise respond to the Complaint shall be extended from March 30, 2005 through and including April 29, 2005. Service of process was

effected on March 9, 2005. No extensions of time have been obtained prior to this one.

LEEDS MORELLI & BROWN, P.C.
Attorneys for Plaintiff
KRISTINE ROSALES

By: _____
    RICK OSTROVE
    For the Firm

PITNEY HARDIN LLP
Attorneys for Defendant
AT&T CORP.

By: _____
    KRISTINE J. FEHER
    For the Firm

SO ORDERED this 20 day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

2